# COMMONWEALTH OF MASSACHUSETTS

## STATE ATTY WICHERS REFUSES CIVILITY RULES

**SUFFOLK, ss**                    **FEDERAL DISTRICT COURT**

**CIVIL: EEOC #520-2014-00311X**

**AGENCY NO. 200H-0523-2013100994**

**DOCKET NO. 15CV11483**

EMERGENCY PETITION REQUEST

AS I AM IN PROCESS OF OBTAINING BURNS AND LEVINSON LEGAL TEAM

DUE TO

HEALTH PROBLEMS/FMLA

FAMILY CRISIS/CHILD AT RISK CASE

**PETITION/REQUEST FOR RULES OF CIVILITY USED FOR**

MY

SCHEDULING NEEDS

IE:

LIVLIHOOD/ELDER NEEDS (ON STATE ASSISTANCE FIRST TIME IN MY LIFE DUE TO VA SCANDAL CASE)

PRO SE

VS. FEDERAL GOVERNMENT

ALSO, REQUEST FOR MS. WICHERS TO USE 2000 PAGE INVESTIGATIVE FILE ALREADY COMPLETED AND

SUBMITTED TO CRESTON RICE

DEPOSITION BY ORM ON CD ALREADY SUBMITTED

DISCOVERY PAPERS, INTEROGATORIES ALREADY SENT TO CRESTON RICE

BY ATTORNEY PHIL MORAN

VS. NEW COSTS

NEW DEPO

NEW PAPERS

NEW DISCOVERY

MORE TAXPAYERS' MONEY…

**ALL EVIDENCE IS IN EEO/ORM FILE/CD**

**VS. UNDUE BURDEN ON PRO SE**

WICHERS games TRYING TO BURY ME IN PAPERWORK, PRO SE AND SHE DOES NOT WANT TO WORK

OR LIFT A FINGER TO GO THROUGH EXISITING FILE

LIKE MANY FEDERAL, STATE, TOWN, COUNTY WORKERS.

…GAMES….

WHICH ONE DAY WILL BITE US ALL

BY DIVIDING OUR COUNTRY/PEOPLE…

AS IT IS…ALREADY.

_____

**Christine Milbury**, former VA employee, Plaintiff, Pro Se

V.

**Robert A. McDonald**, Secretary of Veterans Affairs

Defendant

_____

Christine Carr Milbury , Plaintiff , Pro Se

36 Beach Road

Sharon, MA. 02067

_____

Robert A. McDonald, Secretary of Veterans Affairs

810 Vermont Ave. N.W.

Washington, DC. 20410

THE FEDERAL DOCKET IS DISINGENUOUS STATING I WAS"NOT PRESENT" IN FEDERAL COURT ON DAY OF SCHEDULING. I **WAS** PRESENT IN FEDERAL COURT ON 10/6/15, 6 MINUTES LATE FOR SCHEDULING CONFERENCE  IN FEDERAL COURT. I DROVE MANY MILES UNDER DURESS CONDITIONS AND BATHROOM PRIVLEDGES WERE ALSO DENIED ME? BY JUDGE? BY WICHERS? BY WHOM? YET I HAVE A LONG LIST OF MISTAKES MADE BY FEDERAL COURT ON MY CASE BUT I AM DENIED A VOICE IN SCHEDULING MY OWN FEDERAL CASE?

I TRIED TO ACCOMMODATE BUT AM SOLE PROVIDER CANT GET TIME OFF WORK AND NO BENEFITS..

**PHONE CALLS TO MS WICHERS TO WORK SCHEDULE TOGETHER TO NO AVAIL…NO RETURN CALLS BY SUZIE HUSTED, NO RETURN CALLS FROM WICHERS** EVEN AFTER SHE RETURNED FROM VACATION,  NOVEMBER 2, 3, 4, 5, GAMES….TACTICS…VIOLATIONS OF CIVILITY RULES, THEN WICHERS "CLAIMS" I SIGNED A FEDERAL EXPRESS LETTER WHILE I WAS AT WORK! NO WAY!  CC: LISA PEZZEROSSI.  WICHERS BULLYING USING FEDERAL GOVERNMENT JOB POWER, TAXPAYERS MONEY VS. LAW,  EXACTLY LIKE VA.

IF I WERE AN ATTORNEY SHE WOULD COOPERATE WITH CIVILITY…I JUST NEED MY LIVLIHOOD WORK SCHEDULE AND FAMILY CRISIS SCHEDULE CONSIDERED WHEN SCHEDULING THIS CASE.

**RULES OF CIVILITY** VIOLATED BY FEDERAL PROSECUTER TO DATE….


# HEALTH PROBLEMS AND <u>FMLA</u> GRANTED/ONGOING BY/FROM GANG BULLYING AT VA …IG Report

# SCHEDULING PROBLEMS, WORK SCHEDULE LIMITS SCHEDULING DATES, FAMILY CRISIS CHILD PROTECTION CASE SCHEDULING LIMITATIONS


**United we stand, divided we fall**


*"Equity before the Law:  For on this generation of Americans falls the burden of proving to the world that we really mean it when we say "ALL MEN ARE CREATED FREE AND EQUAL BEFORE THE LAW"*

**Robert F. Kennedy, Attorney General 1960**
**Civil Rights Struggle, "The Enemy Within"**

1. All I am requesting from Wichers and Federal court is to be allowed to negotiate dates times for various meetings etc and Ms. Wichers is bullying me vs. working together, **as my work schedule, no benefits, sole provider requires I work each and EVERY hour I can, on subsidy as well DUE TO violations by my own VA federal institutions,** etc. NAGE games. First time in my life at 62 years old, elder on FMLA. I am a working stiff who needs to work AROUND my lousy 30 hours per week at HALF the pay I had at VA.   All will become clear to Judge **Saylor if** I can get to him. The VA and Wichers are bluffing the Judge and playing games.

2. **I WAS "present" at federal court on 10/6/15** just delayed by morning bathroom stop/detour, DENIED JUDGE, by WHO? Docketed erroneously on docket.  I CAN PROVE I WAS THERE, NOT ALLOWED TO GO TO BATHROOM while endless errors allowed by Federal employees, Taylor in his I PHONE the entire time I was in clerks office, girl filing her nails, two boys in rear snacking laughing not working the entire time I was in Clerks office. Not a soul in sight as TAXPAYERS PAY. BUT I am denied to see Judge Saylor due to 6 minutes and a bathroom need?

3. Now all dates are not being negotiated in the rules of civility? IM TOLD WHEN TO COME vs. WORK IN CIVILTIY when we DO have time BY LAW? WICHERS spinning spinning creating more chaos, cost to taxpayers vs. be UNITED as Americans.

4. I <u>may</u> still be able to come for deposition on 12/10, I just need to have a role in all dates and schedule. WHY? Because the loss of my VA career defending our military Veterans, denied 5 transfer requests by VA Benefits dept I worked in, no attempt at lowest level settling as Americans, even with Judge Kathleen Clarkes order which Creston Rice signed, violated and ignored, even tho Rice signed a binding contract with Director of VA Lawson, NAGE, and me early on PROMISING to never use the "fraudulent management practices" on me verified in IG Report LATER, AFTER I was REMOVED with FELONY forensic signature FRAUD, stealing taxpayers money, Ms Wichers is doing the exact same violations of civility and bullying again.

5. If Ms Wichers were prosecuting with another attorney involved, I would not be sending this paper petition to Judge Saylor. She would cooperate.

6. I never realized how bad my health was impacted by the harassment, bullying (*Employee Assistance Program social worker Maureen Conneely told me "you are being bullied" and sent me to Tracy McHugh at "Beth Israel Center for Prevention and Treatment of abuse"*)and religious discrimination in the workplace for simply doing a great job for Veterans. I was receiving bouquets of flowers, thank you notes, compliments, praises to my superiors from Veterans, which never came back to me and none were documented by supervisors.

7. **Mass Demand for relief denied to date**
   - Mass.R.CivP. 8(a), 54(c), , Mass. R. Civ.P. 54
   - Berube v. Selectmen of Edgartown, 336 Mass. 634. 147 180 (1958): Turcotte v. de Witt, 333 Mass. 389, 131 N. E. (1955)
   - Friedman v. Globe newspaper Co. 38 Mass. App. 646 N.E. 2d 159 (1995)

8. **Evidence to all:** *"If conservative officeholders do not correct these structural deformations in our government and if the patriots do not enlighten the American people about how we are losing control of our own destiny, then no matter how many good policies we enact, or how low we set tax rates, the body politic will continue to sicken and self government will slip through our fingers."* Imprimis, January 2014, volume 43, number 1)

9. **Evidence:** *"Administrative adjudication evades almost all of the procedural rights guaranteed under the constitution. It subjects Americans to adjudication WITHOUT real judges, without real juries, without grand juries, without full protection against self-incrimination and so forth..Like the old prerogative courts, administrative courts substitute inquisitorial process for the due process of law and that's not just an abstract accusation: much early administrative procedure appears to have been modelled on civilian derived inquisitorial process. Administrative adjudication thus becomes an OPEN AVENUE for the evasion of the Bill of rights, et. Al"* (Imprimis, September 2014, Vol. 43, number 9)

I plead mercy by the court for me and Veterans.

Dated: _____ 11/10/15 _____

**Christine Carr Milbury, Pro Se**

36 Beach Road
Sharon, MA. 02067
(508)942-9849
Pfschildren@gmail.com

Dated: November 11, 2015  VETERANS DAY!

> *"If a free society cannot help the many who are poor, it cannot save the few who are rich"*

**John Fitzgerald Kennedy Inaugural speech 1/20/61**

These statement are to the best of my knowledge and recollection and I have documentation to prove all of these allegations..

Sincerely,

Christine Carr (Milbury)