FILED
IN CLERKS OFFICE
2016 MAY 9
U.S. DISTRICT COURT
DISTRICT OF MASS.

Catherine

I have a cousin who is asked to work for the FBI soon, a computer genius I will be having him examine the CD vs transcripts

Christine Cran

e-mail
Christinecarrycc @ gmail.com

nothing against you, just had bad experience